## UNITED STATES DISTRICT COURT
### Southern District of Iowa

U.S. Courthouse  
123 East Walnut Street  
Des Moines, Iowa  50309

Des Moines  
Davenport  
Council Bluffs

Clerk of Court's Office  
www.iasd.uscourts.gov

o: 515-284-6248  
f : 515-284-6418



April 4, 2024

Tiffaney D. Pete  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judicial Building  
One Columbus Circle, NE  
Room G-255, North Lobby  
Washington, DC  20002-8004

*In Re:* Pending MDL 3112 Iowa Student Loan Liquidity Corporation Litigation

Dear Ms. Pete:

Enclosed is a copy of the complaints from the actions filed in the Southern District of Iowa, Zambrano v. Iowa Student Loan Liquidity Corporation and Mason v. Iowa Student Loan Liquidity Corporation.  Please forward these complaints to the panel for review of a Potential Tag-Along Action to the above-entitled Pending MDL case 3112.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,  
/s/ Susan Lancaster  
Deputy Clerk  
Phone number 563-884-7610  
John S. Courter  
CLERK OF COURT