UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: IOWA STUDENT LOAN LIQUIDITY
CORPORATION LITIGATION                                                   MDL No. 3112

(SEE ATTACHED SCHEDULE)

ORDER DEEMING MOTION MOOT
AND VACATING THE MAY 30, 2024, HEARING SESSION ORDER

Before the Panel is a motion filed by plaintiffs Amanda McDonald, Cassandra Gibson, Liliana Zambrano, Jantzen Mason and, defendant Iowa Student Loan Liquidity Corporation, seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for the Southern District of Iowa for coordinated or consolidated pretrial proceedings. The Panel has now been advised that two listed actions from the Northern District of Iowa have been transferred to the Southern District of Iowa, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion filed by plaintiffs Amanda McDonald, Cassandra Gibson, Liliana Zambrano, Jantzen Mason and, defendant Iowa Student Loan Liquidity Corporation, for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and attached schedule filed on April 12, 2024, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

_____
Tiffaney D. Pete
Clerk of the Panel

### UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

IN RE: IOWA STUDENT LOAN LIQUIDITY
CORPORATION LITIGATION                                                      MDL No. 3112

### SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| IOWA NORTHERN | | | |
| IAN | 1 | 23–00111 | McDonald v. Iowa Student Loan Liquidity Corporation |
| IAN | 2 | 23–01036 | Gibson v. Iowa Student Loan Liquidity Corporation |
| IOWA SOUTHERN | | | |
| IAS | 3 | 23–00086 | Zambrano v. Iowa Student Loan Liquidity Corporation |
| IAS | 4 | 23–00515 | Mason v. Iowa Student Loan Liquidity Corporation |