# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JANTZEN MASON, LILIANA ZAMBRANO, CASSANDRA GIBSON, and AMANDA MCDONALD,<br><br>   Plaintiffs,<br>v.<br><br>IOWA STUDENT LOAN LIQUIDITY CORPORATION,<br><br>   Defendant. | CASE NO. 4:23-cv-00515-RGE-WPK<br><br>**STIPULATION** |

  Defendant Iowa Student Loan Liquidity Corporation ("Iowa Student Loan") hereby stipulates that, for purposes of Plaintiffs' claims in this action only, Iowa Student Loan shall be responsible for any acts or omissions of employees of its servicing subsidiary, Aspire Resources Inc., in the servicing and collection of Plaintiffs' student loans with Iowa Student Loan to the same extent as if those acts or omissions were committed by employees of Iowa Student Loan, and Iowa Student Loan will not raise as a defense to Plaintiffs' claims in this action that acts or omissions of Aspire Resources Inc. are not the acts or omissions of Iowa Student Loan. Iowa Student Loan further stipulates that if the Court orders declaratory or injunctive relief against Iowa Student Loan in this action, such declaratory or injunctive relief will apply to Aspire when acting as an agent of Iowa Student Loan.

*/s/ Jason M. Craig*
Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: (515) 243-7611
Facsimile: (515) 243-2149
Email: jcraig@ahlerslaw.com
ATTORNEYS FOR DEFENDANT IOWA STUDENT LOAN LIQUIDITY CORPORATION

Electronically filed and served on:

James Kringlen
Iowa Legal Aid
1700 S. 1st Avenue, Suite 10
Iowa City, Iowa 52240
jkringlen@iowalaw.org

Lea Kieffer
Iowa Legal Aid
744 Main Street, Suite 1
Dubuque, Iowa 52001
lkieffer@iowalaw.org

Patrick Bigsby
Iowa Legal Aid
317 7th Ave SE, Ste. 404
Cedar Rapids, Iowa 52401
pbigsby@iowalaw.org

Alex Kornya
Jayme Wiebold
Iowa Legal Aid
666 Walnut St., 25th Floor
Des Moines, Iowa 50309
akornya@iowalaw.org
jwiebold@iowalaw.org
ATTORNEYS FOR PLAINTIFFS

| CERTIFICATE OF SERVICE | | | |
|---|---|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on: August 7, 2024 | | | |
| By: ☐ U.S. Mail | | ☐ Fax | |
| ☐ Hand delivery | | ☐ Private Carrier | |
| ☒ Electronically (*via CM-ECF*) | | ☐ E-mail | |
| Signature: /s/ Jason M. Craig | | | |