IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JANTZEN MASON, JEFFERY CARSTENSEN, CASSANDRA MARIE GIBSON, AMANDA MCDONALD, AND LILIANA ZAMBRANO,<br><br>　　　　Plaintiffs,<br>v.<br><br>IOWA STUDENT LOAN LIQUIDITY CORPORATION,<br><br>　　　　Defendant. | No. 4:23-cv-00515-RGE-WPK<br><br>**ORDER PURSUANT TO 28 U.S.C. § 2403** |

　　　　Plaintiffs Jantzen Mason, Jeffery Carstensen, Cassandra Marie Gibson, Amanda McDonald, and Liliana Zambrano sue defendant Iowa Student Loan Liquidity Corporation in this consolidated matter. *See* First Am. Compls., ECF Nos. 26–29. Plaintiffs challenge the constitutionality of Iowa's confession-of-judgment statue, Iowa Code Chapter 676, and allege other state law claims. *See id*. Plaintiffs filed a Notice of Constitutional Challenge to a Statute. Pls.' Notice of Constitutional Challenge, ECF No. 58.

　　　　After reviewing the record, the Court finds Iowa Code Chapter 676 is sufficiently at issue to implicate the Court's obligation under 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b).

　　　　Accordingly,

　　　　The Court certifies to the Attorney General for the State of Iowa that Chapter 676 of the Iowa Code is subject to constitutional challenge in this action. The Clerk of Court is ordered to serve a copy of this order on the Honorable Brenna Bird, Attorney General of Iowa, Hoover State Office Building, 1305 E. Walnut Street, Des Moines, Iowa 50319. The Attorney General may intervene in this action within sixty days of the date of this order. *See* Fed. R. Civ. P. 5.1(c).

　　　　**IT IS SO ORDERED**.

　　　　Dated this 3rd day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　REBECCA GOODGAME EBINGER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE