IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JANTZEN MASON, JEFFERY CARSTENSEN, CASSANDRA MARIE GIBSON, AMANDA MCDONALD, and LILIANA ZAMBRANO,<br><br>　　Plaintiffs,<br>v.<br><br>IOWA STUDENT LOAN LIQUIDITY CORPORATION,<br><br>　　Defendant. | No. 4:23-cv-00515-RGE-WPK<br><br>ORDER DENYING DEFENDANT'S APPEAL OF MAGISTRATE JUDGE'S ORDER |

On March 26, 2025, the magistrate judge managing this case granted Plaintiffs Jantzen Mason, Jeffery Carstensen, Cassandra Marie Gibson, Amanda McDonald, and Liliana Zambrano's Motion for Leave to File Consolidated Class Action Complaint. Order Granting Pls.' Mot. File Consolidated Class Action Compl., ECF No. 67. Defendant Iowa Student Loan Liquidity Corporation appeals the decision. Def.'s Appeal Magistrate Judge's Order, ECF No. 72. Plaintiffs resist. Pl.'s Resist. Def.'s Appeal Magistrate Judge's Order, ECF No. 82. The Court denies Iowa Student Loan's appeal.

"A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters where it has been shown that the ruling is clearly erroneous or contrary to law." *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007) (citing 28 U.S.C. § 636(b)(1)(A)); *accord* Fed. R. Civ. P. 72(a) ("The district judge in the case must consider timely objections [to a magistrate judge's order] and modify or set aside any part of the order that is clearly erroneous or is contrary to law.") "A finding is clearly erroneous when although there is evidence to support it, the reviewing court on the entire evidence is left with a definite and firm conviction that a mistake has been committed." *Doyle v. Graske*, 579 F.3d 898, 902–03 (8th Cir. 2009) (quoting *McAllister v. United States*, 348 U.S. 19, 20 (1954)). A magistrate judge's order is "contrary to law" when it "fails to apply or misapplies relevant statutes, case law or rules of procedure." *In re Nat. Gas Commodities Litig.*, 235 F.R.D. 241, 244 (S.D.N.Y. 2006)

(citation and internal quotations omitted). Upon review, a magistrate judge's order on a nondispositive matter "enjoys substantial deference under any circumstances." *EFCO Corp. v. MIG Corp.*, No. 4:05-cv-00431-JEG, 2007 WL 4644706, at *18 (S.D. Iowa Dec. 12, 2007) (Gritzner, J.).

The Court finds the magistrate judge's order neither clearly erroneous nor contrary to law. *Cf. Ferguson*, 484 F.3d at 1076. The appeal is denied.

**IT IS ORDERED** that Defendant Iowa Student Loan Liquidity Corporation's Appeal of Magistrate Judge's Order, ECF No. 72, is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Iowa Student Loan Liquidity Corporation's alternative request for a stay is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall jointly contact the chambers of United States Magistrate Judge William P. Kelly to set a status conference in this matter.

**IT IS SO ORDERED**.

Dated this 19th day of May, 2025.

Rebecca Goodgame Ebinger
United States District Judge