UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JANTZEN MASON, LILIANA ZAMBRANO, CASSANDRA GIBSON, AMANDA MCDONALD, and JEFFERY CARSTENSEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>IOWA STUDENT LOAN LIQUIDITY CORPORATION,<br><br>　　　　Defendant. | Case No.　　4:23-cv-00515-RGE-WPK<br><br>**NOTICE OF SETTLEMENT** |

The parties have stipulated to the material terms of a settlement of Plaintiffs' claims. The parties are in the process of drafting a written agreement, which will then need to be executed. Once that is done, Plaintiffs will promptly dismiss their claims with prejudice.

RESPECTFULLY SUBMITTED AND DATED this 21st day of August, 2025.

　　　　　　　　　　　　　　TERRELL MARSHALL LAW GROUP PLLC

　　　　　　　　　　　　　　By: /s/ Toby J. Marshall
　　　　　　　　　　　　　　　　Toby J. Marshall
　　　　　　　　　　　　　　　　Email: tmarshall@terrellmarshall.com
　　　　　　　　　　　　　　　　Blythe H. Chandler
　　　　　　　　　　　　　　　　Email: bchandler@terrellmarshall.com
　　　　　　　　　　　　　　　　Elizabeth A. Adams
　　　　　　　　　　　　　　　　Email: eadams@terrellmarshall.com
　　　　　　　　　　　　　　　　936 North 34th Street, Suite 300
　　　　　　　　　　　　　　　　Seattle, Washington 98103
　　　　　　　　　　　　　　　　Telephone: (206) 816-6603

　　　　　　　　　　　　　　　　Emily E. Wilson
　　　　　　　　　　　　　　　　Email: ewilson@hwlawiowa.com
　　　　　　　　　　　　　　　　Melissa C. Hasso
　　　　　　　　　　　　　　　　Email: mhasso@hwlawiowa.com
　　　　　　　　　　　　　　　　HASSO & WILSON LAW FIRM
　　　　　　　　　　　　　　　　111 E. Grand Avenue, Suite 212
　　　　　　　　　　　　　　　　Des Moines, Iowa 50309

Telephone: (515) 224-2079

Alexander Vincent Kornya
Email: alexkornya@justice4all.org
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
Telephone: (434) 977-0553

*Attorneys for Plaintiffs and Proposed Class*

**CERTIFICATE OF SERVICE**

I, Toby J. Marshall, hereby certify that on August 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason Michael Craig
Email: jcraig@ahlerslaw.com
Email: tvalenta@ahlerslaw.com
AHLERS & COONEY PC
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Telephone: (515) 246-0372

*Attorneys for Defendant*

DATED this 21st day of August, 2025.

By: /s/ Toby J. Marshall
Toby J. Marshall, *Admitted Pro Hac Vice*