UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JANTZEN MASON, LILIANA ZAMBRANO, CASSANDRA GIBSON, AMANDA MCDONALD, and JEFFERY CARSTENSEN,<br><br>Plaintiffs,<br><br>v.<br><br>IOWA STUDENT LOAN LIQUIDITY CORPORATION,<br><br>Defendant. | Case No.   4:23-cv-00515-RGE-WPK<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiffs Jantzen Mason, Liliana Zambrano, Cassandra Gibson, Amanda McDonald, and Jeffery Carstensen, and Defendant Iowa Student Loan Liquidity Corporation, through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own costs, attorneys' fees, and expenses.

RESPECTFULLY SUBMITTED AND DATED this 7th day of October, 2025.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | AHLERS & COONEY PC |
| By: */s/ Blythe H. Chandler*<br>    Toby J. Marshall<br>    Email: tmarshall@terrellmarshall.com<br>    Blythe H. Chandler<br>    Email: bchandler@terrellmarshall.com<br>    Elizabeth A. Adams<br>    Email: eadams@terrellmarshall.com<br>    936 North 34th Street, Suite 300<br>    Seattle, Washington 98103<br>    Telephone: (206) 816-6603 | By: */s/ Jason Michael Craig*<br>    Jason Michael Craig<br>    Email: jcraig@ahlerslaw.com<br>    Email: tvalenta@ahlerslaw.com<br>    100 Court Avenue, Suite 600<br>    Des Moines, Iowa 50309<br>    Telephone: (515) 246-0372<br><br>*Attorneys for Defendant* |

Emily E. Wilson
Email: ewilson@hwlawiowa.com
Melissa C. Hasso
Email: mhasso@hwlawiowa.com
HASSO & WILSON LAW FIRM
111 E. Grand Avenue, Suite 212
Des Moines, Iowa 50309
Telephone: (515) 224-2079

Alexander Vincent Kornya
Email: alexkornya@justice4all.org
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
Telephone: (434) 977-0553

*Attorneys for Plaintiffs and Proposed Class*

**CERTIFICATE OF SERVICE**

I, Blythe H. Chandler, hereby certify that on October 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jason Michael Craig
>Email: jcraig@ahlerslaw.com
>Email: tvalenta@ahlerslaw.com
>AHLERS & COONEY PC
>100 Court Avenue, Suite 600
>Des Moines, Iowa 50309
>Telephone: (515) 246-0372
>
>*Attorneys for Defendant*

DATED this 7th day of October, 2025.

By: /s/ Blythe H. Chandler<br>Blythe H. Chandler, *Admitted Pro Hac Vice*